## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Chicory Dieshawn Calhoun Sr.
     Keina Muriel Calhoun

                Debtor(s)

BK NO. 25-03120 HWV

Chapter 13


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.


                Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
06 Nov 2025, 13:58:38, EST


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      215-627-1322

Document ID: 7ed02c8fb848fc1c4fb689671193cae6d84365b4c62505ba2b348c840046876db