Certificate Number: 05781-PAM-DE-040364585

Bankruptcy Case Number: 25-03120


05781-PAM-DE-040364585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2025, at 10:51 o'clock AM PST, Keina Calhoun completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  December 1, 2025    By:    /s/Allison M Geving

                          Name:  Allison M Geving

                          Title: President