UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHICORY DIESHAWN CALHOUN SR, | : | |
| KEINA MURIEL CALHOUN, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | CASE NO.  1-25-BK-03120-HWV |
| Movant | : | |
| | : | |
| CHICORY DIESHAWN CALHOUN SR, | : | |
| KEINA MURIEL CALHOUN, | | |
| Respondent | | |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 5th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Debtor(s)' Plan violates 11 U.S.C. § 1325(b)(1) in that the Plan does not provide for the payment of all of Debtor(s)' projected disposable income for a minimum period of five (5) years.

2.      Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

    a.  Debtor(s) has not provided to Trustee copies of the 2024 federal income tax returns as required by § 521(e)(2)(A).

    b.  Debtor(s) has not provided to Trustee pay stubs for the month(s) of April through September 2025 for both Debtors.

[The remainder of the page has been left intentionally blank.]

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.   Deny confirmation of Debtor(s)' Plan.
    b.   Dismiss or convert Debtor(s)' case.
    c.   Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

     AND NOW, this 5th day of December 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee