UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHICORY DIESHAWN CALHOUN SR, | : | |
| KEINA MURIEL CALHOUN, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | CASE NO. 1-25-BK-03120-HWV |
| Movant | : | |
| | : | |
| CHICORY DIESHAWN CALHOUN SR, | : | |
| KEINA MURIEL CALHOUN, | | |
| Respondent | | |

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 9th day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.    Debtor(s)' Plan violates 11 U.S.C. § 1325(b)(1) in that the Plan does not provide for the payment of all of Debtor(s)' projected disposable income for a minimum period of five (5) years.

2.    Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
   a. Debtor(s) has not provided to Trustee copies of the 2024 federal income tax returns as required by § 521(e)(2)(A).
   b. Debtor(s) has not provided to Trustee pay stubs for the month(s) of April through September 2025 for both Debtors.

3.    Trustee provides notice to the Court as to the ineffectiveness of Debtors' Chapter 13 Plan for the following reasons:
   a. Clarification of Debtors' counsel fees which are in conflict with the 2016(b) Statement.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 9th day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

3