## LOCAL BANKRUPTCY FORM 3015-3(a)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

Chicory Dieshawn Calhoun, SR and Keina Muriel Calhoun

:
:
:
:
:
:
:
:
:

**CHAPTER 13**

**CASE NO.** 1 - 25 -bk- 03120-HWV

**Debtor(s)**          :

### CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I,                Chicory Dieshawn Calhoun                , upon oath or affirmation, hereby certify as follows:

1.      That the below information is being supplied for compliance with the confirmation hearing date on _____TBD_____.

2.      That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3.      That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4.      If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____3/30/26_____          BY: /s/ Dawn Cutaia
                                         Counsel for Debtor

DATED: _____3/31/2026_____          BY: C.Calhoun
                                         ID fG3jkgNW7rcYFoS7UW7GUNsH
                                         Debtor

# eSignature Details

**Signer ID:**      **fG3jkgNW7rcYFoS7UW7GUNsH**
Signed by:      Chicory D Calhoun
Sent to email:      cchicory52@gmail.com
IP Address:      68.216.63.52
Signed at:      Mar 31 2026, 11:19 am EDT