**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:

Chicory Dieshawn Calhoun, Sr.
Keina Muriel Calhoun

Chapter:     13

Case No.:     25-03120

Debtor(s)

## NOTICE

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date:  07/08/2026                     Time:  9:30 AM

Location:  US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102

The deadline for filing objections to confirmation of the Plan is: 07/01/2026                     .

Evidentiary hearings will not be conducted at the time of the confirmation hearing.  If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice.  A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date:  06/01/2026                     Filed by:     Dawn M Cutaia

1701 West Market St.

York, PA 17404